UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SAMUEL MIZERAK, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIEUTENANT ESLICK, et al.,<br><br>　　　　　Defendants. | No.  2:16-cv-0323 CKD P<br><br><br>ORDER FOR PAYMENT<br>OF INMATE FILING FEE |

To:  The Sheriff of El Dorado County, Attention:  Inmate Trust Account, 300 Fair Lane, Placerville, California 95667:

　　　　Plaintiff, an El Dorado County Jail inmate proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action pursuant to the terms of 28 U.S.C. § 1915(b). Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of:  (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of this action.  28 U.S.C. § 1915(b)(1).   The Sheriff of El Dorado County or a designee shall collect this amount from plaintiff's account and forward it to the Clerk of the Court.

　　　　2. Thereafter, as long as the amount in plaintiff's account exceeds $10, the Sheriff of El Dorado County or a designee shall collect monthly payments in an amount equal to twenty

1

1 percent of the preceding month's income credited to the account and forward the payments to the
2 Clerk of the Court until the $350.00 filing fee has been paid. 28 U.S.C. § 1915(b)(2). The
3 payments shall be clearly identified by the name and number assigned to this action.

4     3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's
5 application to proceed in forma pauperis on the Sheriff of El Dorado County at the address
6 identified above.

7     4. The Clerk of the Court is also directed to serve a copy of this order on the Financial
8 Department of the court.

9 Dated: March 7, 2016

    /s/ Carolyn K. Delaney
    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

14 1/mp
mize0323.cdc.eldorado