UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SAMUEL MIZERAK, JR., | No. 2:16-cv-0323 CKD P |
| Plaintiff, | |
| v. | ORDER |
| ESLICK, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se. He is proceeding with an action for violation of civil rights under 42 U.S.C. § 1983 against defendants Eslick and Foxworthy who at all times relevant were employees of the El Dorado County Jail.

On June 14, 2016, defendants filed a motion to dismiss. Shortly thereafter, plaintiff filed an amended complaint. Defendants have not opposed granting plaintiff leave to file an amended complaint, but have filed another motion to dismiss. In light of these facts, and because there does not appear to be any practical or legal reason not to permit plaintiff to proceed on his amended complaint, the court will dismiss plaintiff's original complaint and this action will proceed on the amended complaint. Under separate order, the court will screen plaintiff's amended complaint as the court is required to do under 28 U.S.C. § 1915A. Neither party need take any further action until the screening process is complete.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint (ECF No. 1) is dismissed. This action will proceed on plaintiff's amended complaint.

2. Defendants' June 14, 2016 motion to dismiss (ECF No. 16) is denied as moot; and

3. The parties need not take any further action until so directed by the court.

Dated: November 8, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mize0323.mta