1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN SAMUEL MIZERAK, JR.,                     No.  2:16-cv-0323 CKD P

12                 Plaintiff,

13          v.                                       ORDER

14    ESLICK, et al.,

15                 Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has requested

18    appointment of counsel.  The court cannot *require* an attorney to represent a plaintiff who cannot

19    pay for the attorney's services.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).

20    However, under the federal in forma pauperis statute, 28 U.S.C. § 1915, the court may *request*

21    that an attorney represent a person unable to afford counsel.  28 U.S.C. § 1915(e)(1).  The court

22    will make that request only when there are exceptional circumstances.  When determining

23    whether "exceptional circumstances" exist, the court considers, among other things, plaintiff's

24    likelihood of success on the merits as well as the ability of the plaintiff to articulate his claims pro

25    se in light of the complexity of the legal issues involved.  Palmer v. Valdez, 560 F.3d 965, 970

26    (9th Cir. 2009).  While the court is aware of the difficulties attendant to litigating an action while

27    incarcerated, circumstances common to most prisoners do not establish "exceptional

28    circumstances."

1    In the present case, the court does not find the required exceptional circumstances at this

2 stage of these proceedings.

3    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for appointment of

4 counsel (ECF No. 27) is denied without prejudice.

5 Dated:  November 8, 2016

6                                        _____
                                         CAROLYN K. DELANEY
7                                        UNITED STATES MAGISTRATE JUDGE

8

9

10   1
     mize0323.mfc
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28