UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SAMUEL MIZERAK, JR., | No. 2:16-cv-0323 CKD P |
| Plaintiff, | |
| v. | ORDER |
| ESLICK, et al., | |
| Defendants. | |

Defendants Eslick and Foxworty request that, with respect to motion practice, this action proceed under Local Rule 230 in general and not Local Rule 230(l) specifically because plaintiff is no longer incarcerated. Plaintiff has not opposed the request. Good cause appearing, defendants' request will be granted with the provision that Local Rule 230(l) will still apply to defendants' pending motion to dismiss since the motion was filed prior to the issuance of this order.

/////
/////
/////
/////
/////
/////

Accordingly, IT IS HEREBY ORDERED that, with respect to motion practice, this action will proceed under Local Rule 230 in general and not Local Rule 230(l) specifically. However, defendants' pending motion to dismiss will still proceed under Local Rule 230(1).

Dated: October 2, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mize0323.230