UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SAMUEL MIZERAK, JR., | No. 2:16-cv-0323 CKD P |
| Plaintiff, | |
| v. | ORDER |
| ESLICK, et al., | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to file an opposition to defendant Eslick and Foxworthy's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 47) is granted; and

2. Plaintiff is granted until November 20, 2017 to file an opposition to defendant Eslick and Foxworthy's motion to dismiss. Plaintiff's failure to file an opposition by that date will result in dismissal.

Dated: October 18, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mize0323.36