\

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SAMUEL MIZERAK, JR., | No. 2:16-cv-0323 CKD P |
| Plaintiff, | |
| v. | ORDER |
| ESLICK, et al., | |
| Defendants. | |

On October 30, 2017, defendant El Dorado County Sheriff's Office filed a motion to dismiss. Plaintiff has not opposed the motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the date of this order, plaintiff shall file an opposition to defendant El Dorado County Sheriff's Office motion to dismiss or a statement of non-opposition.

2. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

/////

/////

/////

/////

/////

3. The hearing scheduled for December 6, 2017 on the motion to dismiss is vacated and will be re-set, if necessary, at a later date.

Dated: November 29, 2017

                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

---

mize0323.46